# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0534

_____

JAMES LEVOY WATERS,

Petitioner,

v.

SCOTT J. SEAGLE, MICHAEL
COPPINS, and MICHAEL
SPELLMAN,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

August 12, 2025

PER CURIAM.

DISMISSED.

RAY, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Levoy Waters, pro se, Petitioner.

No appearance for Respondents.